IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMIE HARLAN,<br><br>　　　　　Defendant. | 8:16CR249<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

The defendant appeared before the Court on August 27, 2019 regarding Petition for Offender Under Supervision [41]. Karen M. Shanahan represented the defendant. Lecia Wright represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant requested a preliminary hearing pursuant to Fed. R. Crim. P. 32.1(b)(1)(A). The government moved for detention based upon risk of danger to the community. The defendant requested a continuance of the detention hearing. A combined preliminary and detention hearing is set before U.S. Magistrate Judge Susan M. Bazis in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:00 a.m. on September 4, 2019. The defendant will remain detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 27th day of August, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge