IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAMIE HARLAN, Defendant. | 8:16CR249 ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |

The defendant appeared before the Court on September 4, 2019 regarding the Petition for Offender Under Supervision [41]. Karen Shanahan represented the defendant. Lecia Wright represented the government.

The preliminary hearing was held. The court finds probable cause to believe the defendant has violated one or more conditions of supervised release as alleged in the petition and the defendant should be held to answer for a final dispositional hearing. The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:00 a.m. on October 16, 2019. Fed. R. Crim. P. 32.1(b)(1)(C).

The government moved for detention based upon danger. The detention hearing was held. The court finds that the defendant failed to meet his burden to establish by clear and convincing evidence that he will not pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1). The government's motion for detention is granted as to danger and the defendant shall be detained until further order of the Court.

The defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a correctional facility and shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated this 4th day of September, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge